UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA MALESARDI,<br>Plaintiff,<br>v.<br>LONNIE FINKEL,<br>Defendant. | Case No. 25-cv-09875-VC<br><br>**ORDER OF DISMISSAL** |

The Court issued an order for Malesardi to show cause why this case should not be dismissed pursuant to *Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976), given that it appears to be duplicative of ongoing state court litigation. *See* Dkt. No. 23. Malesardi filed a response and amended her complaint, dropping her claims for unjust enrichment, defamation, and trespass. Dkt. Nos. 25, 24. Notwithstanding Malesardi's attempt to distinguish the federal and state actions, the actions are duplicative of one another, and dismissal under *Colorado River* is warranted.

The relevant *Colorado River* factors—"the desire to avoid piecemeal litigation, the order in which the forums obtained jurisdiction, whether federal law or state law provides the rule of decision on the merits, whether the state court proceeding can adequately protect the rights of the federal litigants, the desire to avoid forum shopping, and whether the state court proceeding will resolve all issues before the federal court"—weigh against the exercise of federal jurisdiction here. *Mendocino Railway v. Ainsworth*, 113 F.4th 1181, 1188 (9th Cir. 2024). The parties are involved in ongoing state court litigation with nearly identical factual allegations. The claims are primarily state law claims, and there is no indication that the state court could not adequately

protect Malesardi's rights. Allowing this duplicative claim to go forward in federal court would create the risk of inconsistent rulings in the two forums and encourage forum-shopping.

Moreover, this is an exceptional case where dismissal, rather than a stay, is warranted. *See Mendocino Railway v. Ainsworth*, 2023 WL 3578692, at *5 (N.D. Cal. May 12, 2023), *aff'd,* 113 F.4th 1181 (9th Cir. 2024). Apart from improperly removing the state court action, Malesardi also previously filed a separate federal case in the Eastern District of New York, which was dismissed in light of the ongoing California case. This case represents Malesardi's third attempt to invoke federal jurisdiction over the same matter. Given Malesardi's abuse of process and the "strength of the factors and the degree to which their balance tips sharply in Defendants' favor," dismissal is appropriate here. *See id.*

**IT IS SO ORDERED.**

Dated: March 20, 2026

VINCE CHHABRIA
United States District Judge